**DISMISSED; Opinion Filed May 6, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-18-01239-CV
_____

**TAMELA HANSON D.B.A. POOL SPA DALLAS, Appellant**
**V.**
**THOMAS MOSEY, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04755-D**

# MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Partida-Kipness

Appellant Tamela Hanson's brief in this case is overdue. By postcard dated March 26, 2019, we notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. We cautioned appellant that failure to file her brief and extension motion would result in dismissal of this appeal. To date, appellant has not filed her brief, an extension motion, or otherwise corresponded with the court regarding the status of her brief.

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).



/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE


181239F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TAMELA HANSON D.B.A. POOL SPA
DALLAS, Appellant

No. 05-18-01239-CV      V.

THOMAS MOSEY, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-18-04755-D.
Opinion delivered by Justice Partida-Kipness. Justices Whitehill and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 6th day of May, 2019.